UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

NIDAL AWAD,

        Petitioner,                      Case No. 1:25-cv-1764

v.                                          Honorable Robert J. Jonker

UNKNOWN PARTY et al.,

        Respondents.
_____/

## ORDER

This is a *pro se* habeas corpus action filed on December 11, 2025, and signed by Nidal Awad pursuant to 28 U.S.C. § 2241, as putative "next friend" of petitioner Maher Awad ("Petitioner"), an immigration detainee confined at North Lake Correctional Facility in Baldwin, Michigan (*See* Pet., ECF No. 1, PageID.1, 9), challenging the lawfulness of Petitioner's current detention. On December 18, 2025, this Court issued an order for putative "next friend" Nidal Awad to show cause in writing (ECF No. 3) on or before seven days after entry of this order why he should be allowed to proceed as next friend of Maher Awad in this habeas corpus action. In the alternative, the Court stated that Maher Awad could submit a signed habeas petition on his own behalf. The Court has not received a response to the order to show cause. Consequently, dismissal of this action without prejudice is appropriate. Therefore, the Court will issue a judgment dismissing the action without prejudice.

    **IT IS SO ORDERED.**

Dated:  January 7, 2026                      /s/ Robert J. Jonker
                                                      Robert J. Jonker
                                                      United States District Judge